**UNITED STATES DISTRICT COURT**

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13cr3999 JM |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER OF DIMISSAL OF JOSE SOCORRO AYALA-LABRADA** |
| v. | |
| JOSE SOCORRO AYALA-LABRADA, | |
| Defendant | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 13cr3999 JM against Defendant JOSE SOCORRO AYALA-LABRADA be dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 2, 2013

JEFFREY T. MILLER
United States District Judge